O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

JACQUELINE FROEHLICH-L'HEUREAUX

WAIVER OF INDICTMENT

CASE NUMBER: CR 07-0337 MHP

I, JACQUELINE FROEHLICH-L'HEUREAUX, the above named defendant, who is accused of conspiracy to gain unauthorized access to a protected computer, exceed authorized access to a protected computer, and traffic in a password allowing unauthorized access to a protected computer, in violation of Title 18, United States Code, Section 371

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _June 4, 2007_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant JACQUELINE FROEHLICH-L'HEUREAUX

_____
Counsel for Defendant LELAND B. ALTSCHULER

Before _____
Judicial Officer