**SEALED BY COURT ORDER**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL PRETRIAL MINUTES**

**FILED**

JUN - 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: June 4, 2007

Case No.   CR 07-0337 MHP              Judge:   MARILYN H. PATEL

Title:   UNITED STATES -v- JACQUELINE FROELICH-L'HEUREAUX (b);

Attorneys:   Plf: Kyle Waldinger
             Dft: Leland Aultschuler

Deputy Clerk: Anthony Bowser   Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1) Change of Plea Hearing _____

2) _____

3) _____

**ORDERED AFTER HEARING:**

Defendant present in court; Defendant advised of rights and charges, and waives further hearing; Defendant enters a guilty plea as to count(s) one of the information;

Matter referred to USPO for Presentence Report;

Judgment & Sentencing set for 9/10/2007 at 9:00 am