LELAND B. ALTSCHULER (CSBN 081459)
407 SHERMAN AVENUE
PALO ALTO, CA 94306
TELEPHONE: 650.328.7917
FACSIMILE: 650.237.9151
E-MAIL: LEE@ALTSCHULERLAW.COM

ATTORNEY FOR: JACQUELINE FROEHLICH–L'HEUREAUX
DEFENDANT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JACQUELINE FROEHLICH–L'HEUREAUX,<br><br>　　　　Defendant. | Case No. 07-0337 MHP<br><br>GENERAL APPEARANCE |

Undersigned counsel enters a general appearance on behalf of Jacqueline Froehlich–L'Heureaux.

Dated: August 3, 2007

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　s/

　　　　　　　　　　　　　　　　　　LELAND B. ALTSCHULER
　　　　　　　　　　　　　　　　　　Attorney for Jacqueline Froehlich–L'Heureaux

CERTIFICATE OF SERVICE

I, Leland B. Altschuler, certify as follows:

That I am a citizen of the United States and a member of both the Bar of this Court and of the State of California; that I maintain law offices at 407 Sherman Avenue in the City of Palo Alto, County of Santa Clara, State and Northern District of California; that I am over eighteen years of age; and that I am not a party to the within action.

That on August 3, 2007 I sent by first class United States mail with postage prepaid, and by electronic mail, a copy of the following addressed to AUSA KYLE WALDINGER, U.S. Attorney's Office, ND CA, 450 Golden Gate Avenue, San Francisco, CA 94102, and to Kyle.Waldinger@usdoj.gov:

GENERAL APPEARANCE

I declare under penalty of perjury that the foregoing is true and correct and that this document was executed August 3, 2007 at Palo Alto, CA.

/s/

_____
LELAND B. ALTSCHULER