SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6830
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>           Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JACQUELINE FROEHLICH-L'HEUREAUX, ) <br> ) <br>           Defendant. ) <br> _____) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br>           Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARK JACOBSON, ) <br> ) <br>           Defendant. ) <br> _____) | No. CR 07-0337 MHP <br> [Filed May 30, 2007] <br><br><br><br><br> SAN FRANCISCO VENUE <br><br><br> No. CR 07-0568 MMC <br> [Filed August 31, 2007] <br><br> **NOTICE OF RELATED CASE <br> IN A CRIMINAL ACTION** <br><br> SAN FRANCISCO VENUE |

      The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the two above-captioned criminal cases are related. The more recent charges filed on August 31, 2007 in case CR 07-0568 MMC (see Attachment) involve an individual alleged to have been involved in the same alleged events and occurrences as the defendant charged in the Information in case CR 07-0337 MHP now pending before The Honorable Marilyn Hall Patel.

NOTICE OF RELATED CASE
CR 07-0337 MHP

1   The Information in case CR 07-0337 MHP relates to that defendant's participation in a
2   conspiracy (1) to gain unauthorized access and exceed authorized access to the computer systems
3   of Korn/Ferry International and (2) to traffic in a Korn/Ferry password.  The defendant Froehlich-
4   L'Heureaux made her initial appearance before this Court on June 4, 2007.  At that time, the
5   government indicated that it anticipated filing charges against additional individuals, and the
6   Court indicated at that time that, under such circumstances, it would be inclined to make a
7   related-case finding.
8   The Information in the newly filed case CR 07-0568 MMC relates to that defendant's
9   alleged participation in a conspiracy (1) to gain unauthorized access and exceed authorized
10  access to the computer systems of Korn/Ferry International; (2) to traffic in a Korn/Ferry
11  password; and (3) to misappropriate, receive, possess, and transmit trade secrets belonging to
12  Korn/Ferry.  Some of the overt acts alleged in the Information in case CR 07-0568 MMC are the
13  same as those alleged in the Information in case CR 07-0337 MHP.
14  Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1)
15  because they involve the same alleged events and occurrences.  Furthermore, the cases are related
16  within the meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, they are likely
17  to entail substantial duplication of labor by the two judges or may create unnecessary expenses.
18  Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that
19  assignment of these cases to a single judge is likely to conserve judicial resources and promote an
20  efficient determination of each action.

21  DATED: August 31, 2007              Respectfully submitted,

22                                      SCOTT N. SCHOOLS
                                        United States Attorney
23

24
                                        _____/S/_____
25                                      KYLE F. WALDINGER
                                        Assistant United States Attorney
26

27

28

NOTICE OF RELATED CASE
CR 07-0337 MHP                                 2