**FILED**

FEB - 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# United States District Court
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Docket Number: CR 07-0337-01 MHP |
| vs. ) | |
| Jacqueline K. ) | |
| Froehlich-L'Heaureaux ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _March 17, 2008_ be continued until _May 12, 2008_ at _9:00 a.m._ .

Date: 1/31/08

Marilyn Hall Patel
United States District Judge