JAN 3 0 2008



# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**

Yador J. Harrell
*ACTING CHIEF U.S. PROBATION OFFICER*

Please reply to:
1301 Clay Street Suite 220S
Oakland, CA 94612-5206
TEL: (510) 637-3600
FAX: (510) 637-3625

450 Golden Gate Avenue
Suite 17-6884; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

FILED

January 28, 2008

FEB - 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The Honorable Marilyn Hall Patel
United States District Judge

**RE: Jacqueline Froehlich- L'Heureaux**
**Docket No. CR 07-0337-01 MHP**
<u>**Request for Continuance of Judgment and**
**Sentencing**</u>

Your Honor:

On June 4, 2007, the defendant pled guilty to Conspiracy to Gain Unauthorized Access to a Protected Computer, Exceed Authorized Access to a Protected Computer, and Traffic in a Password Allowing Unauthorized Access to a Protected Computer, in violation of 18 U.S.C. § 371. Judgment and Sentencing was set for March 17, 2008, and the matter was referred to the U.S. Probation Office for the completion of a presentence report and investigation.

As the Court is aware, the instant offense is complex and elaborate. Furthermore, as Ms. Froehlich-L'Heureaux has a significant medical history and psychiatric issues, this officer would appreciate more time to review the numerous documents provided to this officer by the defendant. Also, contributing to this request is that this officer will be on leave from February 4, 2008, through February 14, 2008. Additionally, due to the nature of the offense and ongoing investigation, this officer did not receive the necessary discovery until January 16, 2008.

Given the aforementioned, this officer respectfully requests Judgment and Sentencing be continued from March 17, 2008, to May 12, 2008, at 9:00 a.m. This officer has confirmed that both government and defense counsel are available on the above date. Additionally, neither counsel opposes a continuance in this matter.

Should the court need further information or clarification, please do not hesitate to contact me at 510-637-3591.

If the Court is in agreement, a completed order is attached for Your Honor's convenience.

Respectfully Submitted,

*Constance M. Cook*
Constance M. Cook
United States Probation Officer

*Insa Amina Bel'Ochi/cmc*
Insa Amina Bel'Ochi
Supervising United States Probation Officer

cc: Kyle F. Waldinger, AUSA
    Leland B. Altschuler, Defense Counsel