1  BRIAN J. STRETCH (CSBN 163973)
   Acting United States Attorney
2
   KYLE F. WALDINGER (ILSB 6238304)
3  Assistant United States Attorney

4  450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
5  Telephone: (415) 436-6830
   Facsimile: (415) 436-7234
6
   Attorneys for Plaintiff
7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11 UNIFIED STATES OF AMERICA,         )    No. CR 07-0337 MHP
                                      )
12       Plaintiff,                   )
                                      )    PARTIES' JOINT REQUEST TO CONTINUE
13       v.                           )    SENTENCING HEARING AND [PROPOSED]
                                      )    ORDER
14 JACQUELINE FROEHLICH-              )
   L'HEUREAUX,                        )
15                                    )
         Defendant.                   )
16 _____  )

17      The parties jointly request that, subject to the Court's approval, the sentencing hearing

18 presently set for September 22, 2008, be continued and set for sentencing hearing on February 9,

19 2009, at 9:00 a.m.  The United States has previously determined from reviewing the Court's

20 publicly posted scheduling information that the Court is currently available for a hearing on that

21 date.  The assigned probation officer, Constance Cook, also has been consulted with respect to

22 this date and has indicated that she is available on that date.  The basis of the parties' joint

23 request is set out in more detail below.

24      The defendant Jacqueline Froehlich-L'Heureaux pled guilty pursuant to a plea agreement

25 on June 4, 2007, to one count of conspiracy to gain unauthorized access to a protected computer,

26 exceed authorized access to a protected computer, and traffic in a password allowing

27 unauthorized access to a protected computer, in violation of 18 U.S.C. § 371.  The case was

28 referred to the Probation Office for a presentence report.  The plea agreement also includes

JOINT REQ. & [PROPOSED] ORDER
CR 07-0337 MHP

1  standard terms of cooperation.

2  In light of continuing cooperation under the terms of the plea agreement, the parties
3  jointly request that the September 22, 2008, sentencing hearing be continued for a sentencing
4  hearing on February 9, 2009.  Additional time is needed for the defendant to complete her
5  cooperation with the government.  Specifically, charges have now been filed against two
6  additional individuals — David Nosal and Becky Christian.  That case is numbered CR 08-0237
7  MHP.  The case against the defendant Christian is set to proceed to trial on August 5, 2008, and
8  the defendant Froehlich-L'Heureaux is expected to testify in that trial.  The defendant Nosal's
9  trial has not yet been scheduled.  When the Nosal matter does proceed to trial, the defendant
10 Froehlich-L'Heureaux is also expected to testify in that matter.  Because Ms. Froehlich-
11 L'Heureaux will be required to testify in two trials, her cooperation with the government's
12 investigation is not yet complete.

13 For all of these reasons, the parties jointly request that this Court vacate the sentencing
14 hearing presently set for September 22, 2008, and set a sentencing hearing for February 9, 2009
15 at 9:00 a.m.  In addition, the parties jointly request that the due dates for the presentence report
16 be calculated using the new sentencing date.

17 SO STIPULATED.

18

19 Dated: July 11, 2008                              BRIAN J. STRETCH
                                                     Acting United States Attorney
20

21
                                                            /s/
22                                                   KYLE F. WALDINGER
                                                     Assistant United States Attorney
23

24 SO STIPULATED.

25 Dated: July 11, 2008                                      /s/
                                                     LELAND B. ALTSCHULER
26                                                   Attorney for defendant Froehlich-L'Heureaux

27

28

JOINT REQ. & [PROPOSED] ORDER
CR 07-0337 MHP                                  -2-

**[PROPOSED] O R D E R**

GOOD CAUSE APPEARING,

IT IS ORDERED that the sentencing hearing presently set for September 22, 2008, be continued to February 9, 2009, at 9:00 a.m.  The final presentence report should be disclosed two weeks prior to the sentencing date.

Dated this ____ day July, 2008

_____
HONORABLE MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE