SCOTT N. SCHOOLS (SC 9990)
Associate Deputy Attorney General
Acting United States Attorney

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0337 MHP |
|    Plaintiff, | |
| v. | PARTIES' JOINT REQUEST TO CONTINUE SENTENCING HEARING AND [~~PROPOSED~~] ORDER |
| JACQUELINE FROEHLICH-L'HEUREAUX, | |
|    Defendant. | |

      The parties jointly request that, subject to the Court's approval, the sentencing hearing presently set for February 9, 2009, be continued and set for sentencing hearing on June 1, 2009, at 9:00 a.m. The United States has previously determined from reviewing the Court's publicly posted scheduling information that the Court is currently available for a hearing on that date. The assigned probation officer, Constance Cook, also has been consulted with respect to this date and has indicated that she is available on that date. The basis of the parties' joint request is set out in more detail below.

      The defendant Jacqueline Froehlich-L'Heureaux pled guilty pursuant to a plea agreement on June 4, 2007, to one count of conspiracy to gain unauthorized access to a protected computer, exceed authorized access to a protected computer, and traffic in a password allowing unauthorized access to a protected computer, in violation of 18 U.S.C. § 371. The case was referred to the Probation Office for a presentence report. The plea agreement also includes

1  standard terms of cooperation.

2      In light of continuing cooperation under the terms of the plea agreement, the parties
3  jointly request that the June 1, 2009, sentencing hearing be continued for a sentencing hearing on
4  June 1, 2009. Additional time is needed for the defendant to complete her cooperation with the
5  government. Specifically, charges have now been filed against David Nosal. That case is
6  numbered CR 08-0237 MHP. Nosal is due to file pretrial dispositive motions in January 2009;
7  his trial date has not yet been set. When the Nosal matter does proceed to trial, the defendant
8  Froehlich-L'Heureaux is expected to testify in that matter. Because Ms. Froehlich-L'Heureaux
9  will be required to testify at trial, her cooperation with the government's investigation is not yet
10 complete.

11     For all of these reasons, the parties jointly request that this Court vacate the sentencing
12 hearing presently set for February 9, 2009, and set a sentencing hearing for June 1, 2009, at 9:00
13 a.m. In addition, the parties jointly request that the due dates for the presentence report be
14 calculated using the new sentencing date.

15 SO STIPULATED.

16

17 Dated: January 9, 2009                SCOTT N. SCHOOLS
                                         Acting United States Attorney
18

19
                                         _____/s/_____
20                                       KYLE F. WALDINGER
                                         Assistant United States Attorney
21

22 SO STIPULATED.

23 Dated: January 9, 2009                _____/s/_____
                                         LELAND B. ALTSCHULER
24                                       Attorney for defendant Froehlich-L'Heureaux

25

26

27

28

JOINT REQ. & [PROPOSED] ORDER
CR 07-0337 MHP                    -2-

1 **[PROPOSED] O R D E R**

2   GOOD CAUSE APPEARING,

3   IT IS ORDERED that the sentencing hearing presently set for February 9, 2009, be
4 continued to June 1, 2009, at 9:00 a.m. The final presentence report should be disclosed two
5 weeks prior to the sentencing date.

6   Dated this 13th day January, 2009



8   HONORABLE MARILYN␣PATEL
    UNITED STATES DISTRICT␣JUDGE

JOINT REQ. & [PROPOSED] ORDER
CR 07-0337 MHP                -3-