SCOTT N. SCHOOLS (SC 9990)
Associate Deputy Attorney General
Acting United States Attorney

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6830
Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0337 MHP |
| Plaintiff, | ) | |
| v. | ) | PARTIES' JOINT REQUEST TO CONTINUE SENTENCING HEARING AND [PROPOSED] ORDER |
| JACQUELINE FROEHLICH-L'HEUREAUX, | ) | |
| Defendant. | ) | |

The parties jointly request that, subject to the Court's approval, the sentencing hearing presently set for June 1, 2009, be continued and set for sentencing hearing on September 28, 2009, at 9:00 a.m. The United States has previously determined from reviewing the Court's publicly posted scheduling information that the Court is currently available for a hearing on that date. The assigned probation officer, Constance Cook, also has been consulted with respect to this date and has indicated that she is available on that date. (The parties also note that the Court has previously continued the sentencing of Becky Christian in the related case CR 08-0237.) The basis of the parties' joint request is set out in more detail below.

The defendant Jacqueline Froehlich-L'Heureaux pled guilty pursuant to a plea agreement on June 4, 2007, to one count of conspiracy to gain unauthorized access to a protected computer, exceed authorized access to a protected computer, and traffic in a password allowing unauthorized access to a protected computer, in violation of 18 U.S.C. § 371. The case was

JOINT REQ. & [PROPOSED] ORDER
CR 07-0337 MHP

1  referred to the Probation Office for a presentence report.  The plea agreement also includes
2  standard terms of cooperation.
3          In light of continuing cooperation under the terms of the plea agreement, the parties
4  jointly request that the June 1, 2009, sentencing hearing be continued for a sentencing hearing on
5  September 28, 2009.  Additional time is needed for the defendant to complete her cooperation
6  with the government.  Specifically, charges have now been filed against David Nosal.  That case
7  is numbered CR 08-0237 MHP.  The parties' next appearance in that matter is April 27, 2009, at
8  which time the Court will likely either set a briefing schedule for additional motions, or set a trial
9  date.  When the Nosal matter does proceed to trial, the defendant Froehlich-L'Heureaux is
10 expected to testify in that matter.  Because Ms. Froehlich-L'Heureaux will be required to testify
11 at trial, her cooperation with the government's investigation is not yet complete.
12         For all of these reasons, the parties jointly request that this Court vacate the sentencing
13 hearing presently set for June 1, 2009, and set a sentencing hearing for September 28, 2009, at
14 9:00 a.m.  In addition, the parties jointly request that the due dates for the presentence report be
15 calculated using the new sentencing date.
16 SO STIPULATED.
17
18 Dated: April 17, 2009                    SCOTT N. SCHOOLS
                                            Acting United States Attorney
19
20                                          *Kyle F. Waldinger* (Digitally signed by Kyle F. Waldinger, DN: cn=Kyle F. Waldinger, o=United States Attorney's Office, ou, email=kyle.waldinger@usdoj.gov, c=US, Date: 2009.04.17 11:45:08 -07'00')
21                                          KYLE F. WALDINGER
                                            Assistant United States Attorney
22
23 SO STIPULATED.                           *Leland B. Altschuler* (Digitally signed by Leland B. Altschuler, DN: cn=Leland B. Altschuler, o, ou=Law Ofc. of Leland B. Altschuler, email=Lee@AltschulerLaw.com, c=US, Date: 2009.04.17 11:27:04 -07'00')
24 Dated: April 17, 2009
                                            LELAND B. ALTSCHULER
25                                          Attorney for defendant Froehlich-L'Heureaux
26
27
28

1  [PROPOSED] O R D E R

2  GOOD CAUSE APPEARING,

3  IT IS ORDERED that the sentencing hearing presently set for June 1, 2009, be continued
4  to September 28, 2009, at 9:00 a.m.  The final presentence report should be disclosed two weeks
5  prior to the sentencing date.

6  Dated this  21st  day April, 2009



7
8  HONORABLE _____
   UNITED STATES DISTRICT JUDGE

JOINT REQ. & [PROPOSED] ORDER
CR 07-0337 MHP                      -3-