1  SCOTT N. SCHOOLS (SC 9990)
   Associate Deputy Attorney General
2  Acting United States Attorney

3  KYLE F. WALDINGER (ILSB 6238304)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, 11th Floor
5      San Francisco, California 94102
       Telephone: (415) 436-6830
6      Facsimile: (415) 436-7234

7  Attorneys for Plaintiff

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,        )   No.  CR 07-0337 MHP
                                     )
12          Plaintiff,               )
                                     )
                                     )   PARTIES' JOINT REQUEST TO CONTINUE
13      v.                           )   SENTENCING HEARING AND [PROPOSED]
                                     )   ORDER
14  JACQUELINE FROEHLICH-            )
    L'HEUREAUX,                      )
15                                   )
            Defendant.               )
16  _____ )

17      The parties jointly request that, subject to the Court's approval, the sentencing hearing

18  presently set for September 28, 2009, be continued and set for sentencing hearing on May 17,

19  2010, at 9:00 a.m.  The United States has previously determined from reviewing the Court's

20  publicly posted scheduling information that the Court is currently available for a hearing on that

21  date.  The assigned probation officer, Constance Cook, also has been consulted with respect to

22  this date and has indicated that she is available on that date.  The basis of the parties' joint

23  request is set out in more detail below.

24      The defendant Jacqueline Froehlich-L'Heureaux pled guilty pursuant to a plea agreement

25  on June 4, 2007, to one count of conspiracy to gain unauthorized access to a protected computer,

26  exceed authorized access to a protected computer, and traffic in a password allowing

27  unauthorized access to a protected computer, in violation of 18 U.S.C. § 371.  The case was

28  referred to the Probation Office for a presentence report.  The plea agreement also includes

JOINT REQ. & [PROPOSED] ORDER
CR 07-0337 MHP

1   standard terms of cooperation.

2        In light of continuing cooperation under the terms of the plea agreement, the parties

3   jointly request that the September 28, 2009, sentencing hearing be continued for a sentencing

4   hearing on May 17, 2010.  Additional time is needed for the defendant to complete her

5   cooperation with the government.  Specifically, charges have now been filed against an alleged

6   co-conspirator of the defendant, David Nosal.  The Nosal case is numbered CR 08-0237 MHP.

7   The Nosal case is set to proceed to trial on February 9, 2010.  The defendant Froehlich-

8   L'Heureaux is expected to testify in that trial.  Because Ms. Froehlich-L'Heureaux will be

9   required to testify at trial, her cooperation with the government's investigation is not yet

10  complete.

11       For all of these reasons, the parties jointly request that this Court vacate the sentencing

12  hearing presently set for September 28, 2009, and set a sentencing hearing for May 17, 2010, at

13  9:00 a.m.  In addition, the parties jointly request that the due dates for the presentence report be

14  calculated using the new sentencing date.

15  SO STIPULATED.

16

17  Dated:                                    SCOTT N. SCHOOLS
                                              Acting United States Attorney
18
                                              Kyle F.          Digitally signed by Kyle F. Waldinger
                                                               DN: cn=Kyle F. Waldinger, o=United
19                                            Waldinger        States Attorney's Office, ou, email=kyle.
                                                               waldinger@usdoj.gov, c=US
                                                               Date: 2009.08.11 10:35:36 -07'00'
20                                            KYLE F. WALDINGER
                                              Assistant United States Attorney
21

22  SO STIPULATED.                            Leland B.        Digitally signed by Leland B.
                                                               Altschuler
23  Dated:                                    Altschuler       Date: 2009.08.11 08:57:00
                                                               07'00'
                                              LELAND B. ALTSCHULER
24                                            Attorney for defendant Froehlich-L'Heureaux

25

26

27

28

JOINT REQ. & [PROPOSED] ORDER
CR 07-0337 MHP                         -2-

1

**[PROPOSED] O R D E R**

2
    GOOD CAUSE APPEARING,

3
    IT IS ORDERED that the sentencing hearing presently set for September 28, 2009, be

4
continued to May 17, 2010, at 9:00 a.m.  The final presentence report should be disclosed two

5
weeks prior to the sentencing date.

6
    Dated this _13th_ day August, 2009

7

8
            HONORABLE MARILYN H. PATEL

            UNITED STATES DISTRICT JUDGE

9



10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT REQ. & [PROPOSED] ORDER
CR 07-0337 MHP                 -3-