SCOTT N. SCHOOLS (SC 9990)
Associate Deputy Attorney General
Acting United States Attorney

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6830
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>     Plaintiff, ) <br>   v. ) <br> JACQUELINE FROEHLICH-L'HEUREAUX, ) <br>     Defendant. ) | No. CR 07-0337 MHP <br><br> PARTIES' JOINT REQUEST TO CONTINUE SENTENCING HEARING AND [~~PROPOSED~~] ORDER |

    The parties jointly request that, subject to the Court's approval, the sentencing hearing presently set for May 17, 2010, be continued and set for sentencing hearing on October 18, 2010, at 9:00 a.m.  The United States has previously determined from reviewing the Court's publicly posted scheduling information that the Court is currently available for a hearing on that date. The assigned probation officer, Constance Cook, also has been consulted with respect to this date and has indicated that she is available on that date.  The basis of the parties' joint request is set out in more detail below.

    The defendant Jacqueline Froehlich-L'Heureaux pled guilty pursuant to a plea agreement on June 4, 2007, to one count of conspiracy to gain unauthorized access to a protected computer, exceed authorized access to a protected computer, and traffic in a password allowing unauthorized access to a protected computer, in violation of 18 U.S.C. § 371.  The case was referred to the Probation Office for a presentence report.  The plea agreement also includes

JOINT REQ. & [PROPOSED] ORDER
CR 07-0337 MHP

standard terms of cooperation.

In light of continuing cooperation under the terms of the plea agreement, the parties jointly request that the May 17, 2010, sentencing hearing be continued for a sentencing hearing on October 18, 2010. Additional time is needed for the defendant to complete her cooperation with the government. Specifically, charges have now been filed against an alleged co-conspirator of the defendant, David Nosal. The <u>Nosal</u> case is numbered CR 08-0237 MHP. The United States has filed a noticed of appeal in the <u>Nosal</u> case, and the case will not proceed to trial until that appeal is resolved. The defendant Froehlich-L'Heureaux is expected to testify in that trial. Because Ms. Froehlich-L'Heureaux will be required to testify at trial, her cooperation with the government's investigation is not yet complete.

For all of these reasons, the parties jointly request that this Court vacate the sentencing hearing presently set for May 17, 2010, and set a sentencing hearing for October 18, 2010, at 9:00 a.m. In addition, the parties jointly request that the due dates for the presentence report be calculated using the new sentencing date.

SO STIPULATED.

Dated: March 12, 2010            SCOTT N. SCHOOLS
                                 Acting United States Attorney


                                 _____/s/_____
                                 KYLE F. WALDINGER
                                 Assistant United States Attorney


SO STIPULATED.

Dated: March 12, 2010            _____/s/_____
                                 LELAND B. ALTSCHULER
                                 Attorney for defendant Froehlich-L'Heureaux

1  **[PROPOSED] O R D E R**

2  GOOD CAUSE APPEARING,

3  IT IS ORDERED that the sentencing hearing presently set for May 17, 2010, be

4  continued to October 18, 2010, at 9:00 a.m.  The final presentence report should be disclosed two

5  weeks prior to the sentencing date.

6  Dated this 16th day March, 2010



HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

JOINT REQ. & [PROPOSED] ORDER
CR 07-0337 MHP                -3-