SCOTT N. SCHOOLS (SCBN 9990)
Associate Deputy Attorney General

Attorney for the United States, Acting
Under Authority Conferred by 28
U.S.C. § 515

KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>     Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>JACQUELINE FROEHLICH-<br>L'HEUREAUX, )<br>)<br>     Defendant. )<br>———————————————— ) | No.  CR 07-0337 MHP<br><br>PARTIES' JOINT REQUEST TO CONTINUE<br>SENTENCING HEARING AND [PROPOSED]<br>ORDER |

     The parties jointly request that, subject to the Court's approval, the sentencing hearing

presently set for October 18, 2010, be continued and set for sentencing hearing on March 28,

2011, at 9:00 a.m.  The United States has previously determined from reviewing the Court's

publicly posted scheduling information that the Court is currently available for a hearing on that

date.  The assigned probation officer, Constance Cook, also has been consulted with respect to

this date and has indicated that she is available on that date.  The basis of the parties' joint

request is set out in more detail below.

     The defendant Jacqueline Froehlich-L'Heureaux pled guilty pursuant to a plea agreement

on June 4, 2007, to one count of conspiracy to gain unauthorized access to a protected computer,

exceed authorized access to a protected computer, and traffic in a password allowing

unauthorized access to a protected computer, in violation of 18 U.S.C. § 371.  The case was

referred to the Probation Office for a presentence report.  The plea agreement also includes standard terms of cooperation.

In light of continuing cooperation under the terms of the plea agreement, the parties jointly request that the October 18, 2010, sentencing hearing be continued for a sentencing hearing on March 28, 2011.  Additional time is needed for the defendant to complete her cooperation with the government.  Specifically, charges have now been filed against an alleged co-conspirator of the defendant, David Nosal.  The Nosal case is numbered CR 08-0237 MHP. The United States has filed a noticed of appeal in the Nosal case, and the case will not proceed to trial until that appeal is resolved.  The defendant Froehlich-L'Heureaux is expected to testify in that trial.  Because Ms. Froehlich-L'Heureaux will be required to testify at trial, her cooperation with the government's investigation is not yet complete.

For all of these reasons, the parties jointly request that this Court vacate the sentencing hearing presently set for October 18, 2010, and set a sentencing hearing for March 28, 2011 at 9:00 a.m.  In addition, the parties jointly request that the due dates for the presentence report be calculated using the new sentencing date.

SO STIPULATED.


Dated: September 8, 2010                SCOTT N. SCHOOLS
                                        Attorney for the United States, Acting
                                        Under Authority Conferred by 28
                                        U.S.C. § 515


                                        _____/s/_____
                                        KYLE F. WALDINGER
                                        Assistant United States Attorney


SO STIPULATED.

Dated: September 8, 2010                _____/s/_____
                                        LELAND B. ALTSCHULER
                                        Attorney for defendant Froehlich-L'Heureaux


JOINT REQ. & [PROPOSED] ORDER
CR 07-0337 MHP                   -2-

1

**[PROPOSED] O R D E R**

2     GOOD CAUSE APPEARING,

3     IT IS ORDERED that the sentencing hearing presently set for October 18, 2010, be

4     continued to March 28, 2011, at 9:00 a.m.  The final presentence report should be disclosed two

5     weeks prior to the sentencing date.

6     Dated this <u>10th</u> day September, 2010

7     _____

8     HONORABLE MARILYN H. PATEL
      UNITED STATES DISTRICT JUDGE



9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28