MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234
   E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0337 MHP |
| Plaintiff, | |
| v. | PARTIES' JOINT REQUEST TO CONTINUE SENTENCING HEARING AND [PROPOSED] ORDER |
| JACQUELINE FROEHLICH-L'HEUREAUX, | |
| Defendant. | |

      The parties jointly request that, subject to the Court's approval, the sentencing hearing presently set for March 28, 2011, be continued and set for sentencing hearing on May 23, 2011, at 10:00 a.m.  The United States has previously determined from reviewing the Court's publicly posted scheduling information that the Court is currently available for a hearing on that date. The assigned probation officer, Constance Cook, also has been consulted with respect to this date and has indicated that she is available on that date.  The basis of the parties' joint request is set out in more detail below.

      The defendant Jacqueline Froehlich-L'Heureaux pled guilty pursuant to a plea agreement on June 4, 2007, to one count of conspiracy to gain unauthorized access to a protected computer, exceed authorized access to a protected computer, and traffic in a password allowing unauthorized access to a protected computer, in violation of 18 U.S.C. § 371.  The case was

JOINT REQ. & [PROPOSED] ORDER
CR 07-0337 MHP

1  referred to the Probation Office for a presentence report.  The plea agreement also includes
2  standard terms of cooperation.
3       In light of continuing cooperation under the terms of the plea agreement, the parties
4  jointly request that the March 28, 2011, sentencing hearing be continued for a sentencing hearing
5  on May 23, 2011.  Additional time is needed for the defendant to complete her cooperation with
6  the government.  Specifically, charges have now been filed against an alleged co-conspirator of
7  the defendant, David Nosal.  The Nosal case is numbered CR 08-0237 MHP.  The Nosal case is
8  currently on appeal, and the case will not proceed to trial until that appeal is resolved.  The
9  defendant Froehlich-L'Heureaux is expected to testify in that trial.  Because Ms. Froehlich-
10 L'Heureaux will be required to testify at trial, her cooperation with the government's
11 investigation is not yet complete.
12      For all of these reasons, the parties jointly request that this Court vacate the sentencing
13 hearing presently set for March 28, 2011, and set a sentencing hearing for May 23, 2011 at 10:00
14 a.m.  In addition, the parties jointly request that the due dates for the presentence report be
15 calculated using the new sentencing date.
16 SO STIPULATED.
17
18 Dated: February 23, 2011         MELINDA HAAG
                                            United States Attorney
19
20
21                                        /s/
                                          KYLE F. WALDINGER
22                                        Assistant United States Attorney
23 SO STIPULATED.
24 Dated: February 23, 2011         Leland B. Altschuler  /s/
                                          LELAND B. ALTSCHULER
25                                        Attorney for defendant Froehlich-L'Heureaux

(Digitally signed by Leland B. Altschuler, DN: cn=Leland B. Altschuler, o=Law Office of Leland B. Altschuler, ou, email=Lee@AltschulerLaw.com, c=US, Date: 2011.02.23 15:08:58 -08'00')

**[PROPOSED] O R D E R**

GOOD CAUSE APPEARING,

IT IS ORDERED that the sentencing hearing presently set for March 28, 2011, be continued to May 23, 2011, at 10:00 a.m. The final presentence report should be disclosed two weeks prior to the sentencing date.

Dated this 23rd day February , 2011



HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE