MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234
   E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 07-0337 EMC |
|---|---|
| Plaintiff, | ) |
| v. | ) JOINT MOTION AND REQUEST TO CONTINUE STATUS HEARING AND [P~~ROPO~~SED] ORDER |
| JACQUELINE FROEHLICH-L'HEUREAUX, | ) |
| Defendant. | ) |

   Pursuant to Criminal Local Rule 32-2, the United States and the defendant Jacqueline Froehlich-L'Heureaux jointly request that the sentencing status hearing presently set for October 21, 2011, be continued to January 18, 2012, at 2:30 p.m., for status.

   The defendant Jacqueline Froehlich-L'Heureaux previously pled guilty pursuant to a plea agreement in which she agreed to cooperate with the United States in its investigation and prosecution of other individuals.  It is now anticipated that Ms. Froehlich-L'Heureaux will testify at the trial of the defendant David Nosal in United States v. David Nosal, CR 08-0237 EMC. The Nosal case is currently on appeal before the Ninth Circuit.  Regardless of the Ninth Circuit's disposition of the United States' appeal in the Nosal matter, at least some charges alleged in the Nosal Indictment will proceed to trial, and Ms. Froehlich-L'Heureaux will testify at that trial.

JOINT MTN. & [PROPOSED] ORDER
CR 07-0337 EMC

Because Ms. Froehlich-L'Heureaux's cooperation with the government's investigation and prosecution of other individuals is not yet complete, the parties jointly request that the Court continue the scheduled sentencing status hearing of October 12, 2011, to January 18, 2012, at 2:30 p.m., for further status.

Respectfully submitted,

Dated: August 24, 2011

MELINDA HAAG
United States Attorney

_____/s/_____
KYLE F. WALDINGER
Assistant United States Attorney

Dated: August 24, 2011

_____/s/_____
LELAND ALTSCHULER
Attorney for defendant Jacqueline Froehlich-L'Heureaux

**[PROPOSED] O R D E R**

GOOD CAUSE APPEARING,

IT IS ORDERED that the sentencing status hearing presently set for October 12, 2011, be continued to January 18, 2012, at 2:30 p.m., for further status. The final presentence report should be disclosed two weeks prior to the sentencing date.

Dated this __31st__ day August, 2011



HONORABLE
UNITED

IT IS SO ORDERED
Judge Edward M. Chen

JOINT MTN. & [PROPOSED] ORDER
CR 07-0337 EMC                                    -2-