```
1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  KYLE F. WALDINGER (ILBN 6238304)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, 11th Floor
6     San Francisco, California 94102
      Telephone: (415) 436-6830
7     Facsimile: (415) 436-7234
      E-mail: kyle.waldinger@usdoj.gov
8
   Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0337 EMC |
| Plaintiff, | |
| v. | PARTIES' JOINT REQUEST TO CONTINUE STATUS HEARING AND [PROPOSED] ORDER |
| JACQUELINE FROEHLICH-L'HEUREAUX, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States, Assistant U.S. Attorney Kyle F. Waldinger, and counsel for defendant Jacqueline Froehlich-L'Heureaux, Leland B. Altschuler, that, subject to the Court's approval, the status hearing presently set for April 25, 2012, be continued and set for a status hearing on September 5, 2012, at 2:30 p.m. The United States has learned from the Court's publicly posted availability information that the Court is available on that date.

The defendant Jacqueline Froehlich-L'Heureaux pled guilty pursuant to a plea agreement on June 4, 2007, to one count of conspiracy to gain unauthorized access to a protected computer, exceed authorized access to a protected computer, and traffic in a password allowing unauthorized access to a protected computer, in violation of 18 U.S.C. § 371. The case was referred to the Probation Office for a presentence report. The plea agreement also includes

JOINT REQ. & [PROPOSED] ORDER
CR 07-0337 EMC

standard terms of cooperation.

In light of continuing cooperation under the terms of the plea agreement, the parties jointly request that the status hearing on April 25, 2012, be continued for a status hearing on September 5, 2012, at 2:30 p.m. Additional time is needed for the defendant to complete her cooperation with the government, and, accordingly, this matter is not yet ready to proceed to sentencing. Specifically, charges have been filed against an alleged co-conspirator of the defendant, David Nosal. The <u>Nosal</u> case is numbered CR 08-0237 EMC. The United States has filed a notice of appeal in the <u>Nosal</u> case, and an <u>en banc</u> oral argument was held on December 15, 2011. The <u>Nosal</u> case will not proceed to trial until the appeal is resolved. The defendant Froehlich-L'Heureaux is expected to testify in that trial. Because Ms. Froehlich-L'Heureaux will be required to testify at trial, her cooperation with the government's investigation is not yet complete.

For all of these reasons, the parties jointly request that this Court vacate the status hearing presently set for April 25, 2012, and set a status hearing for September 5, 2012, at 2:30 p.m.

SO STIPULATED.

Dated: April 9, 2012                    MELINDA HAAG
                                        United States Attorney


                                        _____/s/_____
                                        KYLE F. WALDINGER
                                        Assistant United States Attorney


SO STIPULATED.

Dated: April 9, 2012                    _____/s/_____
                                        LELAND B. ALTSCHULER
                                        Attorney for defendant Froehlich-L'Heureaux

JOINT REQ. & [PROPOSED] ORDER
CR 07-0337 EMC                          -2-

1 **[PROPOSED] O R D E R**

2     GOOD CAUSE APPEARING,

3     IT IS ORDERED that the sentencing hearing presently set for April 25, 2012, be
4 continued to September 5, 2012, at 2:30 p.m.

6 Dated this ___10th___ day of April, 2012



8     _____
    HONORABLE EDWARD M. CHEN
9     UNITED STATES DISTRICT JUDGE

JOINT REQ. & [PROPOSED] ORDER
CR 07-0337 EMC                    -3-