1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  KYLE F. WALDINGER (ILBN 6238304)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-6830
7      Facsimile: (415) 436-7234
       E-mail: kyle.waldinger@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12
   UNITED STATES OF AMERICA,        )    No.  CR 07-0337 EMC
13                                   )
             Plaintiff,              )
14                                   )    PARTIES' JOINT REQUEST TO CONTINUE
       v.                            )    STATUS HEARING AND [PROPOSED]
15                                   )    ORDER
   JACQUELINE FROEHLICH-            )
16 L'HEUREAUX,                       )
                                     )
17           Defendant.              )
   _____ )

18         It is hereby stipulated by and between counsel for the United States, Assistant U.S.

19 Attorney Kyle F. Waldinger, and counsel for defendant Jacqueline Froehlich-L'Heureaux, Leland

20 B. Altschuler, that, subject to the Court's approval, the status hearing presently set for September

21 5, 2012, be continued and set for a status hearing on January 23, 2013, at 2:30 p.m.  The United

22 States has learned from the Court's publicly posted availability information that the Court is

23 available on that date.

24         The defendant Jacqueline Froehlich-L'Heureaux pled guilty pursuant to a plea agreement

25 on June 4, 2007, to one count of conspiracy to gain unauthorized access to a protected computer,

26 exceed authorized access to a protected computer, and traffic in a password allowing

27 unauthorized access to a protected computer, in violation of 18 U.S.C. § 371.  The case was

28 referred to the Probation Office for a presentence report.  The plea agreement also includes

JOINT REQ. & [PROPOSED] ORDER
CR 07-0337 EMC

1   standard terms of cooperation.

2       In light of continuing cooperation under the terms of the plea agreement, the parties

3   jointly request that the status hearing on September 5, 2012, be continued for a status hearing on

4   January 23, 2013, at 2:30 p.m.  Additional time is needed for the defendant to complete her

5   cooperation with the government, and, accordingly, this matter is not yet ready to proceed to

6   sentencing.  Specifically, charges have been filed against an alleged co-conspirator of the

7   defendant, David Nosal.  The Nosal case is numbered CR 08-0237 EMC.  The Nosal case has

8   been on appeal.  Earlier this month, the mandate of the Ninth Circuit issued, and the parties in the

9   Nosal case are scheduled to appear for a status conference on August 29, 2012.  The United

10  States anticipates that a trial date will be set at that time, or shortly thereafter.  The defendant

11  Froehlich-L'Heureaux is expected to testify in that trial.  Because Ms. Froehlich-L'Heureaux will

12  be required to testify at trial, her cooperation with the government's investigation is not yet

13  complete.

14      For all of these reasons, the parties jointly request that this Court vacate the status hearing

15  presently set for September 5, 2012, and set a status hearing for January 23, 2013, at 2:30 p.m.

16  SO STIPULATED.

17  Dated:  August 13, 2012                    MELINDA HAAG
                                               United States Attorney
18

19
                                                      /s/
20                                             KYLE F. WALDINGER
                                               Assistant United States Attorney
21

22  SO STIPULATED.

23  Dated:  August 13, 2012                          /s/
                                               LELAND B. ALTSCHULER
24                                             Attorney for defendant Froehlich-L'Heureaux

25

26                          **[PROPOSED] O R D E R**

27      GOOD CAUSE APPEARING,

28      IT IS ORDERED that the sentencing hearing presently set for September 5, 2012, be

continued to January 23, 2013, at 2:30 p.m.

Dated this _____ 13th day of August, 2012



HONORA
UNITED S

IT IS SO ORDERED

Judge Edward M. Chen

JOINT REQ. & [PROPOSED] ORDER
CR 07-0337 EMC                -3-