1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  KYLE F. WALDINGER (ILBN 6238304)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, 11th Floor
6     San Francisco, California 94102
      Telephone: (415) 436-6830
7     Facsimile: (415) 436-7234
      E-mail: kyle.waldinger@usdoj.gov
8
   Attorneys for Plaintiff
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,        )   No. CR 07-0337 EMC
                                    )
14        Plaintiff,                )
                                    )   PARTIES' JOINT REQUEST TO CONTINUE
15        v.                        )   STATUS HEARING AND [PR~~OP~~OSED]
                                    )   ORDER
16 JACQUELINE FROEHLICH-            )
   L'HEUREAUX,                      )
17                                  )
          Defendant.                )
18 _____  )

19         It is hereby stipulated by and between counsel for the United States, Assistant U.S.

20 Attorney Kyle F. Waldinger, and counsel for defendant Jacqueline Froehlich-L'Heureaux, Leland

21 B. Altschuler, that, subject to the Court's approval, the status hearing presently set for January

22 23, 2013 be continued and set for a sentencing hearing on June 26, 2013 at 2:30 p.m.  The United

23 States has learned from the Court's publicly posted availability information that the Court is

24 available on that date.

25         The defendant Jacqueline Froehlich-L'Heureaux pled guilty pursuant to a plea agreement

26 on June 4, 2007, to one count of conspiracy to gain unauthorized access to a protected computer,

27 exceed authorized access to a protected computer, and traffic in a password allowing

28 unauthorized access to a protected computer, in violation of 18 U.S.C. § 371.  The case was

JOINT REQ. & [PROPOSED] ORDER
CR 07-0337 EMC

referred to the Probation Office for a presentence report.  The plea agreement also includes standard terms of cooperation.

In light of continuing cooperation under the terms of the plea agreement, the parties jointly request that the status hearing on January 23, 2013 be continued for a sentencing hearing on June 26, 2013 at 2:30 p.m.  Additional time is needed for the defendant to complete her cooperation with the government, and, accordingly, this matter is not yet ready to proceed to sentencing.  Specifically, charges have been filed against an alleged co-conspirator of the defendant, David Nosal.  The Nosal case is numbered CR 08-0237 EMC.  This Court has set a trial date of April 8, 2013 for the Nosal case.  The defendant Froehlich-L'Heureaux is expected to testify in that trial.  Because Ms. Froehlich-L'Heureaux will be required to testify at trial, her cooperation with the government's investigation is not yet complete.

For all of these reasons, the parties jointly request that this Court vacate the status hearing presently set for January 23, 2013 and set a sentencing hearing for June 26, 2013 at 2:30 p.m.  In addition, the parties jointly request that the due dates for the presentence report be calculated using the new sentencing date.

SO STIPULATED.

Dated:  January 2, 2013                                       MELINDA HAAG  
                                                                       United States Attorney

                                                                    /s/  
                                                        KYLE F. WALDINGER  
                                                        Assistant United States Attorney

SO STIPULATED.

Dated:  January 2, 2013                                        /s/  
                                                             LELAND B. ALTSCHULER  
                                                             Attorney for defendant Froehlich-L'Heureaux

**[PROPOSED] O R D E R**

GOOD CAUSE APPEARING,

IT IS ORDERED that the status hearing presently set for January 23, 2013 is vacated.

JOINT REQ. & [PROPOSED] ORDER  
CR 07-0337 EMC                                -2-

The parties are ordered to appear for a sentencing hearing on June 26, 2013 at 2:30 p.m. The final presentence report should be disclosed two weeks prior to the sentencing date.

Dated this ___10th___ day of January, 2013.



_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

JOINT REQ. & [PROPOSED] ORDER
CR 07-0337 EMC                              -3-