1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4  KYLE F. WALDINGER (ILBN 6238304)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, 11th Floor
6     San Francisco, California 94102
      Telephone: (415) 436-6830
7     Facsimile: (415) 436-7234
      E-mail: kyle.waldinger@usdoj.gov
8
   Attorneys for Plaintiff
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0337 EMC |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | PARTIES' JOINT REQUEST TO CONTINUE SENTENCING HEARING AND [PR~~OP~~OSED] ORDER |
| JACQUELINE FROEHLICH-L'HEUREAUX, | ) ) ) | |
| Defendant. | ) ) | |

It is hereby stipulated by and between counsel for the United States, Assistant U.S. Attorney Kyle F. Waldinger, and counsel for defendant Jacqueline Froehlich-L'Heureaux, Leland B. Altschuler, that, subject to the Court's approval, the hearing presently set for October 30, 2013 be continued and set for a sentencing hearing on December 4, 2013 at 2:30 p.m. The United States has learned from the Court's publicly posted availability information that the Court is available on that date. The United States has also consulted with the assigned Probation Officer, who states that she is also available on that date.

The defendant Jacqueline Froehlich-L'Heureaux pled guilty pursuant to a plea agreement on June 4, 2007, to one count of conspiracy to gain unauthorized access to a protected computer, exceed authorized access to a protected computer, and traffic in a password allowing

JOINT REQ. & [PROPOSED] ORDER
CR 07-0337 EMC

unauthorized access to a protected computer, in violation of 18 U.S.C. § 371.  The case was referred to the Probation Office for a presentence report.  The plea agreement also includes standard terms of cooperation.

The parties jointly request that the sentencing hearing on October 30, 2013 be continued to December 4, 2013 at 2:30 p.m.  As the Court is aware, Ms. Froehlich-L'Heureaux testified in April 2013 in the trial of the defendant David Nosal in case number CR 08-0237 EMC.  The defendant Nosal's sentencing hearing was originally scheduled for September 4, 2013, but that date was later continued to October 9, 2013.  The parties jointly request that Ms. Froehlich-L'Heureaux's sentencing date be continued to December 4, 2013 in order to provide the government sufficient time to fully assess the value of her cooperation with the government following the Nosal sentencing.  In addition, it is possible that Ms. Froehlich-L'Heureaux may provide additional cooperation with respect to the Nosal sentencing.

For all of these reasons, the parties jointly request that this Court vacate the sentencing hearing presently set for October 30, 2013 and set a sentencing hearing for December 4, 2013 at 2:30 p.m.  In addition, the parties jointly request that the due dates for the presentence report be calculated using the new sentencing date.

SO STIPULATED.

Dated: August 19, 2013              MELINDA HAAG
                                    United States Attorney


                                         /s/
                                    KYLE F. WALDINGER
                                    Assistant United States Attorney


SO STIPULATED.

Dated: August 19, 2013                   /s/
                                    LELAND B. ALTSCHULER
                                    Attorney for defendant Froehlich-L'Heureaux

JOINT REQ. & [PROPOSED] ORDER
CR 07-0337 EMC                           -2-

**[PROPOSED] O R D E R**

GOOD CAUSE APPEARING,

IT IS ORDERED that the hearing presently set for October 30, 2013 is vacated. The parties are ordered to appear for a sentencing hearing on December 4, 2013 at 2:30 p.m. The final presentence report should be disclosed two weeks prior to the sentencing date.

Dated this 20th day of August, 2013.



HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE